UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ROSA ACOSTA, et al.,

    Plaintiffs,

v.

LaCHAMBRE LOUNGE, INC., et al.,

    Defendants.

And

LaCHAMBRE LOUNGE, INC., et al.,

    Third Party Plaintiffs,

v.

KAI BUTLER, et al.

    Third Party Defendants.

_____/

Case No. 19-cv-10225
Hon. Matthew F. Leitman

## ORDER DISMISSING CASE

Pursuant to the Rule 41(a)(1)(A)(ii) Stipulation of Dismissal With Prejudice by the parties, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: August 26, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 26, 2019, by electronic means and/or ordinary mail.

                                             s/Holly A. Monda
                                             Case Manager
                                             (810) 341-9764